UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE PATRICK MAGANA,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00228-KJD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, December 7, 2021 at 10:30 a.m., be vacated and continued to <u>March 1, 2022</u> at the hour of <u>12:30 p.m.</u>; or to a time and date convenient to the court in courtroom 4A.

　　　DATED this <u>30th</u> day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON

3