RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Lawrence Patrick Magana

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE PATRICK MAGANA,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00228-KJD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda R. Martin, Assistant Federal Public Defender, counsel for Lawrence Patrick Magana, that the Sentencing Hearing currently scheduled on January 24, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than May 8, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned counsel needs additional time to review the case, gather mitigation records, and consult with the government in preparation for sentencing.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1   This is the fourth request for a continuance of the sentencing hearing.

2   DATED this 3rd day of January, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By */s/ LaRonda R. Martin*    By */s/ Richard Anthony Lopez*
LARONDA R. MARTIN             RICHARD ANTHONY LOPEZ
Assistant Federal Public Defender   Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00228-KJD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| LAWRENCE PATRICK MAGANA, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, January 24, 2023 at 9:30 a.m., be vacated and continued to <u>May 9, 2023</u> at the hour of <u>10:00 a.m.</u>; or to a time and date convenient to the court in courtroom 4A.

    DATED this <u>10th</u> of January, 2023.

_____
UNITED STATES DISTRICT JUDGE