UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE PATRICK MAGANA,<br><br>Defendant. | Case No. 2:17-cr-00228-KJD-NJK-1<br><br>**ORDER – Granting Motion to Seal** |

Presently before the Court is Defendant's Motion for Leave to File Sentencing Memorandum Under Seal (#207). The Government does not oppose Defendant's motion. (See #209, at 1). Defendant argues that his sentencing memorandum should be sealed because it contains detailed information about his "mental and physical health diagnoses and treatment plans." (#207, at 1). "While the decision to grant or deny a motion to seal is within the trial court's discretion, the trial court must articulate its reasoning in deciding a motion to seal." Pratt v. Cox, No. 3:11-CV-00604-RCJ, 2012 WL 6691687, at *1 (D. Nev. Dec. 21, 2012). "The court recognizes that the need to protect medical privacy has qualified as a 'compelling reason,' for sealing records[.]" Id. Here, Defendant's sentencing memorandum contains health information relating to his mental and physical state. (#208, at 6-15; #208-5). Balancing the need for the public's access to information about Defendant's medical information against the need to maintain the confidentiality of Defendant's medical information, weighs in favor of sealing Defendant's sentencing memorandum.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Leave to File Sentencing Memorandum Under Seal (#207) is **GRANTED**.

Dated this 19th day of January 2024.

_____
Kent J. Dawson
United States District Judge