RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA R. MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Lawrence Patrick Magana

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE PATRICK MAGANA,<br><br>Defendant. | Case No. 2:17-cr-00228-KJD-NJK<br><br>**SECOND UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE**[1] |

Defendant Lawrence Patrick Magana, by and through his attorney of record, LaRonda Martin, Assistant Federal Public Defender, moves this Court pursuant to 18 U.S.C. § 3143(a)(1) to extend Mr. Magana's self-surrender date to Monday, September 30, 2024, at noon. This motion is based on the following Memorandum of Points and Authorities.

DATED this 31st day of July, 2024.

RENE L. VALLADARES
Federal Public Defender

*/s/ LaRonda Martin*
LARONDA MARTIN
Assistant Federal Public Defender
Attorney for Lawrence Patrick Magana

---

[1] This motion is timely filed as no deadline is applicable.

On January 24, 2024, this Court sentenced Mr. Magana to twelve (12) months and one (1) day in custody, followed by three years on supervised release.[2] The Court further ordered Mr. Magana to self-surrender to the BOP by May 24, 2024 before 12:00 p.m.[3] Mr. Magana was designated to serve his sentence at FMC Lexington.

On May 2, 2024, Mr. Magana filed a Motion to Extend Self-Surrender Date.[4] He presented to an emergency department with reports of severe right upper quadrant abdominal pain.[5] Surgery was conducted to address the medical diagnosis.[6] This Court granted his motion and the new self-surrender date was extended to August 24, 2024 at noon.[7]

On July 10, 2024, Mr. Magana presented to the emergency department with reports of a left proximal fibula fracture and COVID.[8] Mr. Magana was evaluated by Dr. Rudy Robbe, an orthopedic surgeon, and he advised that Mr. Magana seek further treatment. On July 30, 2024, Mr. Magana was treated at West Kentucky Orthopedics and Sports Medicine. Dr. Nicholas Basham, PA opined that he must wear a CAM boot for three additional weeks and receive physical therapy for the same period. Mr. Magana is expected to follow up in an additional three weeks to recheck his injury with Dr. Basham.

Mr. Magana is requesting to extend his self-surrender date by 30 additional days, to Monday, September 30, 2024, to allow him to obtain follow-up care and heal from the fractured fibula.

Pursuant to 18 U.S.C. § 3143(a)(1):

> [t]he judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence… be detained, unless the judicial officer finds by

---

[2] ECF No. 214.
[3] *Id.*
[4] ECF. No. 233.
[5] *Id.*
[6] *Id.*
[7] ECF. No. 235.
[8] See Exhibit A.

> clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c).

The continued application of any condition of supervision requires an individualized, fact-specific inquiry.[9] Mr. Magana has been on pre-trial release since October 6, 2017.[10] During that time, he has followed his conditions, attended all scheduled court hearings, and maintained good contact with his pre-trial officer. Mr. Magana has significant ties to his community. He resides with his nephew in Kentucky. He is also receiving his medical care in Hopkinsville, Kentucky.

For these reasons, the extension of Mr. Magana's self-surrender date will not create a flight risk, pose a risk to the public, or interfere with the goals of 18 U.S.C. §§ 3142 and 3143.

Undersigned counsel consulted with the government. The government has no objection to the defense's request to extend Mr. Magana's self-surrender date to September 30, 2024. The Office of Pretrial Release was previously contact and the office advised that pretrial services supervision was removed in December 2022 due to Mr. Magana's ongoing medical issues. As such, their office took no position in the first request for an extension.

Mr. Magana respectfully requests the Court grant his unopposed motion to extend his self-surrender date to Monday, September 30, 2024, at noon.

DATED this 31st day of July, 2024.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By /s/ LaRonda Martin
LARONDA MARTIN
Assistant Federal Public Defender

---

[9] *United States. v. Hir*, 517 F.3d 1081, 1092 (9th Cir. 2008).
[10] ECF No. 11.

3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE PATRICK MAGANA,

    Defendant.

Case No. 2:17-cr-00228-KJD-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the surrender date currently scheduled for Friday, August 23, 2024 at 12:00 p.m., be vacated and continued to September 30, 2024, at the hour of 12:00 p.m.

    DATED August 16, 2024.

_____
UNITED STATES DISTRICT JUDGE

4