RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Lawrence Patrick Magana

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE PATRICK MAGANA,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00228-KJD-NJK<br><br>**STIPULATION TO MODIFY THE TERM OF SUPERVISED RELEASE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Lawrence Patrick Magana, that his three years of supervised release be modified to a term of 1 day.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On January 23, 2024, this Court sentenced Mr. Magana to 12 months and 1 day custody followed by three years of supervised release following his guilty plea to conspiracy to commit wire fraud.

2. Mr. Magana's health has deteriorated significantly while in custody. He has suffered strokes, requires a catheter and is not ambulatory. He requires full-time care.

3. BOP and Probation are working together to find a suitable care facility that can manage his significant health concerns. However, given his health, supervision by Probation is difficult and unnecessary. Mr. Magana is set to be released soon.

4. The parties are therefore requesting that this Court modify Mr. Magana's term of supervision to one day. This Court has the authority to modify the conditions of supervision or its length at any time. *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997) (cleaned up) ("[T]he court may . . . reduce the length of the term of release); *United States v. Steiger*, 853 F. App'x 471, 472 (11th Cir. 2021) (citing *United States v. Johnson*, 529 U.S. 53, 60 (2000)) ("District courts may exercise their discretion under § 3583(e) to modify the conditions or length of an individual's supervised release."); *United States v. Quinn*, 698 F.3d 651, 652 (7th Cir. 2012) (citing 18 U.S.C. § 3583(e)) ("[D]istrict judges can reduce the length of supervised release, or modify its terms, at any time."); and *United States v. Solano-Rosales*, 781 F.3d 345, 355 (6th Cir. 2015) (explaining that district courts generally "retain the discretion to reduce or eliminate Defendant's supervised release term").

5. Probation and the Government agree with this requested modification.

This is the first request for modification.

DATED this 28th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Richard Anthony Lopez*<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE PATRICK MAGANA,<br><br>    Defendant. | Case No. 2:17-cr-00228-KJD-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that Mr. Magana's term of supervised release be reduced to a term of one day.

DATED this 7th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE